■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES GRAFTON, Appellant. — Two judgments of the County Court, Nassau County (Murray, J.), both rendered December 3, 1982, affirmed (*People v Willie,* 101 AD2d 819; *People v Lawrence,* 100 AD2d 944; *People v Mattocks,* 100 AD2d 944; see, also, *People v Pellegrino,* 60 NY2d 636). Mollen, P. J., Titone, Thompson and Weinstein, JJ., concur.